UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NARCISCO ROBERT ESPINOZA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> **Commissioner of the Social** ) <br> **Security Administration,** ) <br> ) <br> Defendant. ) <br> _____) | Case No. CV 09-9499 AJW <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

January 19, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge